**United States District Court**
**For the Northern District of California**

E-FILED on  3/12/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-cv-4342 RMW |
| Plaintiff, | |
| v. | ORDER |
| TSENG-YUAN STEVE CHEN, | **[Re Dkt. No. 8]** |
| Defendant. | |

On March 12, 2012, the parties stipulated to the withdrawal of the pending motion to dismiss for lack of personal jurisdiction and the filing of defendant's answer by March 21, 2012.  Pursuant to the stipulation, the court vacates the March 16, 2012 hearing on the motion to dismiss and orders the answer to be filed according to the schedule set out by the parties.

DATED:     March 12, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER
No. 11-cv-4342 RMW
EDM